DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Tel.: (415) 956-6413
Fax: (415) 956-6416

Attorneys for Plaintiff,
**JANE DOE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities*, ERIC ALEXANDER, *in his personal and professional capacities* and EMIL MICHAEL, *in his personal and professional capacities*,,<br><br>　　　　　Defendants. | Case No.: 3:17-cv-03470-SI<br><br>**STIPULATION** |

It is hereby stipulated and agreed, by and between Plaintiff Jane Doe and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick that:

　　　1.　　The undersigned counsel on behalf of Defendants Uber and Kalanick keep all defenses or objections to the above-captioned lawsuit, the court's jurisdiction, and the venue of the action, but waive any objections to the absence of a summons or of service.

2. Defendants Uber's and Kalanick's time to answer, move or otherwise respond to the complaint in the above-captioned action shall be due on August 21, 2017.

3. If Defendants Uber and Kalanick file a motion in response to the Complaint, Plaintiff shall have up to and including September 20, 2017 to file a response to such motion. Defendants Uber and Kalanick will then have up to and including October 4, 2017 to file a reply in support of their motion.

4. The requested enlargement of time is necessary because of counsel's commitments in other, pre-existing matters.

5. There has been no previous request for extension of time in this matter.

6. The requested extension of time will have no effect on the schedule for this case.

Respectfully submitted,

Dated: June 29, 2017

WIGDOR LLP

By: _____
JEANNE M. CHRISTENSEN
Attorney for Plaintiff

Dated: June 28, 2017

O'MELVENY & MYERS LLP

By: _____
DANIEL BOOKIN
Attorney for Defendant Uber Technologies, Inc.

Dated: June 28, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
WALTER F. BROWN
MELINDA L. HAAG
Attorneys for Travis Kalanick

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____    _____
HON. SUSAN ILLSTON
United States District Court Judge