DANIEL BOOKIN (S.B. #78996)
dbookin@omm.com
DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 3:17-cv-03470-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities*, ERIC ALEXANDER, *in his personal and professional capacities* and EMIL MICHAEL, *in his personal and professional capacities*, | Judge: Hon. Susan Illston<br>Date of Filing: June 15, 2017<br>Trial Date: None set |
| Defendants. | |

It is hereby stipulated and agreed, by and between Plaintiff Jane Doe and Defendants Uber Technologies, Inc. ("Uber") and Travis Kalanick that:

1. Defendants Uber's and Kalanick's time to answer, move or otherwise respond to the Complaint in the above-captioned action shall be extended to September 18, 2017.

2. If Defendants Uber and Kalanick file a motion in response to the Complaint, Plaintiff shall have up to and including October 18, 2017 to file a response to such motion. Defendants Uber and Kalanick will then have up to and including November 1, 2017 to file a reply in support of their motion.

3. The requested enlargement of time is necessary because Plaintiff and Defendant

STIPULATION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT NO. 3:17-CV-03470-SI

Uber have agreed to participate in mediation. The mediation is scheduled for September 6, 2017, which is the earliest date that the mediator, Doe's counsel and Uber's counsel were all available. The proposed extension is calculated as the next court day 10 days following the scheduled mediation.

4. On a stipulation among these parties, the Court previously extended the time to respond in the above captioned lawsuit to August 21, 2017.

5. The requested extension of time will have no effect on the schedule for this case.

Respectfully submitted,

Dated: July 20, 2017

O'MELVENY & MYERS LLP

By: _____
DANIEL BOOKIN
Attorney for Defendant
Uber Technologies, Inc.

Dated: July 24, 2017

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
WALTER F. BROWN
MELINDA L. HAAG
Attorneys for Defendant Travis Kalanick

Dated: July 19, 2017

WIGDOR LLP

By: _____
JEANNE M. CHRISTENSEN
Attorney for Plaintiff Jane Doe

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                Hon. Susan Illston
                                United States District Court Judge

## PROOF OF SERVICE BY U.S. MAIL & E-MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On July 24, 2017, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

Daniel Bookin
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Fl.
San Francisco, CA 94111
dbookin@omm.com

Jeanne M. Christensen
Wigdor LLP
85 5th Avenue, 5th Fl.
New York, NY 10003
jchristensen@wigdorlaw.com

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 24, 2017 at San Francisco, California.

_/s/ Valencia Sweet_
Valencia Sweet

OHSUSA:762700658