1  DANIEL BOOKIN (S.B. #78996)
   dbookin@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center
3  28th Floor
   San Francisco, California  94111-3823
4  Telephone:    +1 415 984 8700
   Facsimile:    +1 415 984 8701
5
   Attorneys for Defendant
6  Uber Technologies, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities*, ERIC ALEXANDER, *in his personal and professional capacities* and EMIL MICHAEL, *in his personal and professional capacities*,<br><br>    Defendants. | Case No. 3:17-cv-03470-SI<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: December 15, 2017<br>Time: 2:30 p.m.<br>Judge:  Hon. Susan Illston<br><br>Date of Filing: June 15, 2017<br>Trial Date:  None set |

Plaintiff Jane Doe and Defendants Uber Technologies, Inc. ("Defendant Uber"), Travis Kalanick ("Defendant Kalanick"), and Eric Alexander ("Defendant Alexander") (collectively, the "Parties), jointly submit this Case Management Statement and Proposed Order.

1. On September 6, 2017 Plaintiff and Defendant Uber participated in private mediation.

2. A settlement agreement has been reached and the Parties anticipate the case will be dismissed in or around January 2018.

3. Therefore, the Parties respectfully request that the Case Management Conference and Defendant Uber's, Defendant Kalanick's and Defendant Alexander's time to respond to the complaint be continued until March 2, 2018.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  December 8, 2017 | O'MELVENY & MYERS LLP |
| 4 |   | By: /s/ Daniel Bookin |
| 5 |   | DANIEL BOOKIN<br>Attorney for Defendant<br>Uber Technologies, Inc. |
| 7 | Dated: December 8, 2017 | WIGDOR LLP |
| 10 |   | By: /s/ Jeanne M. Christensen<br>JEANNE M. CHRISTENSEN<br>Attorney for Plaintiff Jane Doe |
| 12 | Dated:  December 8, 2017 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 |   | By: /s/ Melinda L. Haag<br>WALTER F. BROWN<br>MELINDA L. HAAG<br>Attorneys for Defendant Travis Kalanick |
| 18 | Dated:  December 8, 2017 | HOGAN LOVELLS LLP |
| 20 |   | By: /s/ Michael J. Shepard<br>MICHAEL J. SHEPARD<br>Attorney for Defendant Eric Alexander |

**[PROPOSED] ORDER**

The above JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. Susan Illston
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatures have concurred in this filing.

Respectfully submitted,

Dated:  December 8, 2017          O'MELVENY & MYERS LLP


By: /s/ Daniel Bookin
DANIEL BOOKIN
Attorney for Defendant
Uber Technologies, Inc.