DOUGLAS H. WIGDOR (NY SBN 2609469)
JEANNE M. CHRISTENSEN (NY SBN 2622124)
ELIZABETH J. CHEN (NY SBN 5126214)
(All admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue
New York, NY  10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Telephone: (415) 956-6413
Facsimile: (415) 956-6416

Attorneys for Plaintiff,
**JANE DOE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>     vs.<br><br>UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities* and ERIC ALEXANDER, *in his personal and professional capacities,*<br><br>             Defendants. | Case No.: 3:17-cv-03470<br><br><br>**STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated, by and between Plaintiff Jane Doe and Defendants Uber Technologies, Inc., Travis Kalanick and Eric Alexander that the above-captioned action be and is hereby dismissed in its entirety with prejudice.

Dated: February 5, 2018
     San Francisco, CA

Respectfully submitted,

**WIGDOR LLP**


By:   /s/ Jeanne M. Christensen
       Jeanne M. Christensen

*Counsel for Plaintiff*

**O'MELVENY & MEYERS LLP**


By:   /s/ Daniel Bookin
       Daniel Bookin

*Counsel for Uber Technologies, Inc.*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**


By:   /s/ Walter F. Brown
       Walter F. Brown

*Counsel for Travis Kalanick*

**HOGAN LOVELLS LLP**


By:   /s/ Michael J. Sheppard
       Michael J. Sheppard

*Counsel for Eric Alexander*

## ATTESTATION OF CONCURRENCE

I, Jeanne M. Christensen, as the ECF user and filed of this document, attest pursuant to

N.D. Cal. Civil L.R. 5-1(i)(3) that concurrence in the filing of this document has been obtained

from each of the above signatories.

Dated: February 5, 2018
     New York, New York

By:   /s/ Jeanne M. Christensen
       JEANNE M. CHRISTENSEN, ESQ.

*Doe v. Uber Technologies, Inc., et al.*

2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    vs.

UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities* and ERIC ALEXANDER, *in his personal and professional capacities*

        Defendants.

Case No.: 3:17-cv-03470

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the above-captioned action be and is hereby discontinued in its entirety with prejudice.

Date: February __, 2018

_____

Hon. Susan Illston
United States District Court Judge
Northern District of California

*Doe v. Uber Technologies, Inc., et al.*

3

*Stipulation and Proposed Order*
Case No. 3:17-cv-03470