**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JANE DOE, | Case No.: 3:17-cv-03470 |
| Plaintiff, |  |
| vs. | [~~PROPOSED~~] ORDER |
| UBER TECHNOLOGIES, INC., TRAVIS KALANICK, *in his personal and professional capacities* and ERIC ALEXANDER, *in his personal and professional capacities* |  |
| Defendants. |  |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the above-captioned action be and is hereby discontinued in its entirety with prejudice.

Date: February 5, 2018

_____
Hon. Susan Illston
United States District Court Judge
Northern District of California